Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY HUDAK ) <br> ) <br> Defendant. ) | No. CR-S-09-199 GGH <br><br> STIPULATION AND ORDER <br><br> Date: June 22, 2009 <br> Time: 9 A.M. <br> Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, April Van Dyke, Certified Law Student, supervised by AUSA Matthew Stegman attorney for Plaintiff, and Olaf W. Hedberg, attorney for defendant that the status conference now scheduled for June 22, 2009 at 9 A.M. and the jury trial scheduled for July 27, 2009 at 9 a.m. be vacated and a new date of August 3, 2009 at 9 A.M. be set for change of plea. The parties are actively engaged in ongoing settlement negotiations and further time is felt necessary to finalize those negotiations.

It is further stipulated and agreed between the parties that the period beginning June 22, 2009 and ending August 3, 2009, should be excluded in computing the time within which the

trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
Dated this 18th of June, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Nancy Hudak

Dated this 18rd of June, 2009
Lawrence Brown
Acting United States Attorney
/s/ Olaf Hedberg for Matthew Stegman
Matthew Stegman
Assistant U.S. Attorney
April Van Dyke
Certified Law Student

## ORDER

**IT IS SO FOUND AND ORDERED**

DATED: June 22, 2009

 /s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
Unied States District Court Magistrate Judge

hudak.ord