LAW OFFICE OF OLAF W. HEDBERG
1107 9TH St., SUITE 850
SACRAMENTO, CA 95814
Phone (916) 476-5168; Fax 1(412) 774-3537

**APPICATION AND PROPOSED ORDER**

DATE: October 19, 2009

TO: Ms. Valerie Callen, Courtroom Clerk for the Hon. Gregory G. Hollows,
     United States District Court Magistrate Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Nancy Hudak* 09-CR-00199 GGH

    Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with Certified Law Student April Van Dyke, supervised by AUSA Matthew Stegman and Deputy Probation Officer Brenda Barron-Harrell and we are in agreement with the following changes. The case is currently set for Tuesday, October 20, 2009 at 9:00 a.m.

New Judgement and Sentencing Date:        November 9, 2009 @ 9:00 a.m.


Dated: October 21, 2009                    /s/ Gregory G. Hollows
                                           _____
                                           Hon. Gregory G. Hollows
                                           District Court Magistrate Judge


hudak.eot


Cc: Matthew Stegman/April Van Dyke AUSA
    Brenda Barron-Harrell, USPO